# United States District Court
# For The Western District of North Carolina
# Asheville Division

MICHAEL HAMILTON THREADGILL,

    Petitioner,

vs.

SHERWOOD McCABE, Admin
Harnett Corr. Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

1:05cv228-3-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 24, 2008 Order.

January 24, 2008

FRANK G. JOHNS, CLERK

BY: *s/Elizabeth J. Barton*

Elizabeth J. Barton, Deputy Clerk